CHARLES TREMPER, as Administrator of the Estate of JAMES E. HORTON, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Horton* v. *Erie Railroad Co.*, 86 App. Div. 379, appeal dismissed.
(Submitted October 21, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Bacon* and *Joseph Merritt* for appellant.

*Frank Lybolt* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and WERNER, JJ. Not sitting: VANN, J.